250 November 26, 2025 No. 1020

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of M. J. N.-M.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

M. J. N.-M.,
*Appellant.*

Marion County Circuit Court
25CC02512; A187539

Michelle Vlach-Ing, Judge.

Submitted October 10, 2025.

Liza Langford filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Emily N. Snook, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Reversed.

**LAGESEN, C. J.**

Appellant seeks reversal of a judgment committing him as a person with a mental illness to the custody of the Oregon Health Authority for a period not to exceed 180 days. Appellant raises four assignments of error, but we need only address one, which the state concedes. In his second assignment of error, appellant argues that the trial court erred by holding appellant for six days in violation of ORS 426.232(2). We accept the state's concession and reverse the trial court's judgment. *See State v. J. J. S.*, 297 Or App 856, 859, 444 P3d 1141 (2019) ("[W]e have consistently reversed civil commitment orders where appellants were held for longer than five judicial days in violation of ORS 426.232(2) and where none of the limited exceptions provided by the statute applied.").[1]

Reversed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.